# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MARCOS VINICIUS SANTOS CAMELO, <br> *Plaintiff*, <br><br> v. <br><br> JOHN THOMPSON, et al. <br> *Defendants.* | Civil Action No.: <br><br> **2:26-cv-7272** <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, MARCOS VINICIUS SANTOS CAMELO, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At the time of this filing, no Defendant has served an Answer or a Motion for Summary Judgment. Accordingly, Plaintiff is entitled to dismiss this action without a court order. This dismissal is without prejudice.

**Dated: 08/13/26**

Respectfully Submitted,

*Alexandra Minogue*
_____
Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiff*

SO ORDERED

  *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:  8/14/2026

1